Angelito C. Mercado                    U.S. DISTRICT COURT

        v.

**FILED**

**10/28/2020**

**U.S. DISTRICT COURT**
~~SOUTHERN DISTRICT OF INDIANA~~
**Roger A.G. Sharpe, Clerk**

City of Columbus,
Officer DRAKE Maddix
the LAQuinta Inn Hotel
EconoLodge Hotel              1:20-cv-02797 -JMS-DLP
Amit Patel
EHP Columbus II LLC


                    Complaint


Parties:
Plaintiff Angelito C. Mercado is a Citizen of Indiana
And resides at the Bartholomew County Jail 543 2nd
street Columbus, Ind 47201


Defendants City of Columbus And officer DRAKE Maddix are
Citizens of Indiana and Employed By the Columbus police
Department 123 Washington street Columbus, Ind 47201


EHP Columbus II LLC, Amit Patel is owner of Econo Lodge Hotel
1101 Carrie lane Columbus, Ind 47201 And owner of
LAQuinta Inn 101 Carrie lane Columbus, Ind 47201
And resides at Everwood HP 4020 Goeller Blvd, Suite G
Columbus, Ind 47201

## STATEMENT of Claim

Plaintiff Angelita C. Mercado Brings suit against Defendants City of Columbus and officer DRAKE Maddix for violation of his Civil Rights under USC 42 Section 1983 of the United States Constitution. Plaintiff Brings suit against all other named Defendants for violation of state and federal Law and failure to obey a lawful order of the Court.

on 8-7-20 officer DRAKE Maddix entered a Case Supplemental report on the Defendants Criminal Case And states that on August 7th 2020 he entered the econo lodge Motel and Spoke to Assistant Manager Heather Caplinger And ask Ms. Caplinger if there was a video recording of the plaintiffs Arrest From July 16th 2020 on the Hotels video Serveillance. officer Maddix made an Arrest on the Plaintiff at the Econo lodge Motel on July 15th 2020 not July 16th, officer Maddix claims the Plaintiff was driving on Carrie lane and Turned into the econo Lodge and made a Traffic stop on the Plaintiff for Driving while Suspended, officer Maddix then claims his police Cruiser video was not operational. Plaintiff Asserts he never was on Carrie lane Driving But remained on private Hotel property And That officer maddix was not Being Truthful.

officer maddix then goes on To Claim that Ms. Caplinger Tells Him that the video Serveillance System failed to record from the Begining of July To Mid July 2020. officer Maddix then Claims Ms. Caplinger showed Him the security System And that it had no video Saved. the Plaintiff Knows officer maddix statement about His Arrest on July 15th 2020 To Be false So the Plaintiff Knew officer maddix would not Be Trying To recover Video footage from the Day of His Arrest so the Plaintiff Attempted To make Contact with Ms. Caplinger on 10-24-20 the plaintiff was finally able To get a Contact number for Ms. Caplinger And the plaintiff Called Ms. Caplinger From the Jail phone 812.528-4273, Ms. Caplinger Confirms To the Plaintiff She never spoke To officer Drake maddix and did not Tell Him these WAS never Any video footage from July 15th 2020. Ms. Caplinger Also stated That the owner allows Columbus police Department officers To walk Right Behind the Counter and view Serveillance video for Drug Activity At Any time. on or about August 25th 2020 the Plaintiffs Defense attorney served A Subpena on La Quinta Inn and Econo Lodge owners To produce video footage from July 15th 2020. As of October 25th 2020 the owners of La Quinta Inn

And EconoLodge have failed to comply and have disobeyed a lawful order to produce the sevellance requested. Plaintiff has information and reason to believe the Hotel owner and certain Employees are conspiring with officer Drake maddix to keep Hidden the False statement and wrongful Imprisonment of the plaintiff By officer maddix By not providing the video sevellance in a Timely manner and also By the command of officer maddix not to Do so. plaintiff believes this false information used a Evidence in the plaintiffs Criminal Case is a violation of the plaintiffs civil Rights and also the Conspiracy to withhold evidence from the plaintiff that would prove his Innocense. the plaintiff has also had Contact with another Individual who works for Econo-lodge motel in another City close By and Claims the owner or General manager their Claims the Security Systems are the Same And That video can Be held up to 90 days and still retrieved after 90 days and another witness who is an ex-Employee of LaQuinta Inn Claims their video is stored on a cloud and Able to Be retreived. Plaintiff Believes all parties have Treated him with discrimination And violated State and federal Law And the plaintiff is owed legal fees By the owners of the Businesses who have

failed to Comply with the Courts order
To produce the Sesveillance video.

Plaintiff charges officer Drake Maddix with

Count 1: Conspiracy
Count 2: Deliberate Indifference
Count 3: Discrimination
Count 4: Violation of Equal protection Law
Count 5: Violation of Due Process
Count 6: obstruction of Justice
Count 7: Gross negligence
Count 8: Civil Conspiracy

Plaintiff charges the City of Columbus with deliberate
Indifference To the obvious need for Training and
having an unconstitutional policy That was direct
result of the Injury To the plaintiff By drake
maddix from a failure To Train. the City of Columbus
is responsible For Training police officers and has
failed To properly Train Drake Maddix who Continuously
violates The plaintiffs Civil Rights making the City
of Columbus liable For Damages To the Plaintiff

Plaintiff Chargess Econolodge Hotel, La Qwata Inn, Amit Patel

Count 1: Civil Conspiracy
Count 2: Conspiracy
Count 3: Discrimination
Count 4: Negligence
Count 5: Obstruction of Justice
Count 6: Civil Contempt
Count 7: Intentional Infliction of Emotional Distress
Count 8: Distress of Imprisonment

All claims Causing loss of liberty, Emotional Distress, loss of freedom, mental Anguish, monetary loss, Distress of Imprisonment

Plaintiff makes Jury Trial Demand

Plaintiff is Suing for violation of state law and federal law USC 28 section 1331

## Prayer for Relief

Plaintiff is Suing City of Columbus for $250,000.00
Plaintiff is Suing Officer Maddix for $250,000.00

Plaintiff is Suing Am, T Patel, EconoLodge, La Quinta Inn for $250,000.00

So said and filed this 25th day of October 2020

Angelit C. Mercado

Angelito C. Mercado

Angelito C. Mercado
543 2nd
Columbus, Ind 47201